# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **BRITTANY N. FLEENOR,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:18CV00016 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **ANDREW SAUL, COMMISSIONER** | ) | By: James P. Jones |
| **OF SOCIAL SECURITY,** | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed January 29, 2020, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED; and

2. Plaintiff's Motion for Summary Judgment is DENIED and Defendant's Motion for Summary Judgment is GRANTED.

A final judgment will be entered herewith.

ENTER: February 18, 2020

/s/ JAMES P. JONES
United States District Judge